

# Fourth Court of Appeals
## San Antonio, Texas

May 26, 2021

No. 04-21-00151-CV

**IN RE** Jared **MARTIN**, Relator

Original Proceeding[1]

**ORDER**

The joint motion to dismiss is GRANTED. This original proceeding is DISMISSED. As requested by the motion, we tax costs of this proceeding against the party incurring the same.

It is so **ORDERED** on May 26, 2021.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of May, 2021.

_____
Michael A. Cruz, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2019-CI-07623, styled *Martin v. Berridge Manufacturing Co.*, pending in the 408th Judicial District Court, Bexar County, Texas, the Honorable Sid L. Harle presiding.